## EX PARTE GORMAN, ET AL.

(Decided May 26, 1916.)

ORIGINAL petition in Supreme Court.

W. B. HARRISON, LONDON & FITTS, BROWN, LEEPER & KOENIG, HAYNES & WALLACE, and BEAVERS & ABERCROMBIE, for appellant. RIDDLE & ELLIS, for appellee.

Per curiam. Petition dismissed by petitioner.

---

## EX PARTE WHITE.

(Decided June 30, 1916.)

CERTIORARI to Court of Appeals.

HALEY & HALEY, JAMES A. MITCHELL, HENRY UPSON SIMS, G. R. HARSH, CABANISS & BOWIE, and J. P. MUDD, for appellant. W. K. TERRY, for appellee.

SOMERVILLE, J.—Petition of CHARLES F. WHITE, for certiorari to Court of Appeals to review and revise the judgment of said court in the case of *Rogers, Treas., v. White, Sec.,* 14 Ala. App. 482, 70 South. 994. Writ denied.

All the Justices concur.

---

## COLLINS, ET AL. v. BUTLER OIL CO.

(Decided May 18, 1916.)

APPEAL from Marshall Chancery Court.

Heard before Hon. W. H. SIMPSON.

No counsel marked for either party.

Per curiam. Appeal dismissed for want of prosecution.

---

## CRUSEAU v. THE STATE.

(Decided June 8, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel for appellant. W. L. MARTIN, Attorney General, for the State.

GARDNER, J.—No bill of exceptions, and no error of record. Affirmed.

ANDERSON, C. J., MCCLELLAN and SAYRE, JJ., concur.